IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

U.S. BANK, N.A., AS LEGAL
TITLE TRUSTEE FOR TRUMAN
2012 SC2 TITLE TRUST,

      Appellant,

v.                                         Case No.     5D21-2790
                                          LT Case No. 2012-CA-018382-O

DAVID S. GLICKEN A/K/A DAVID
GLICKEN AND HUNTINGTON
NATIONAL BANK F/K/A SECURITY
NATIONAL BANK,

      Appellees.

_____/

Decision filed December 20, 2022

Appeal from the Circuit Court
for Orange County,
Denise Beamer, Judge.

Roy A. Diaz and Adam A. Diaz, of Diaz
Anselmo & Associates, P.A., Plantation,
for Appellant.

David Scott Glicken, of The Glicken
Law Firm, Orlando, for Appellees,
David S. Glicken, AK/A David Glicken,
Unknown Spouse of David S. Glicken
A/K/A Mrs. David Glicken.

No Appearance for Other Appellees.

PER CURIAM.

AFFIRMED. *See Tillman v. State*, 471 So. 2d 32, 35 (Fla. 1985).

SASSO, TRAVER and NARDELLA, JJ., concur.